## Clark v. Logan County.

(Decided October 21, 1924.)

Appeal from Logan Circuit Court.

S. R. CREWDSON, COLEMAN TAYLOR and S. Y. TRIMBLE for appellant.

HUBERT MEREDITH, S. H. BROWN and I. G. MASON for appellee.

OPINION OF THE COURT BY JUDGE McCANDLESS—Affirming.

The facts in this case are entirely similar to those in the case of George F. Dorris v. Logan County, this day decided. By agreement of the parties, while not consolidated, the two cases were considered together on this appeal and the opinion in the former case includes both, and on authority of that opinion this judgment is now affirmed.

Judgment affirmed.